UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANE DOE,

              Plaintiff,

     - against -

MUTAZ HYASSAT,

              Defendant.

**ORDER**

18 Civ. 6110 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

       The Court is in receipt of Plaintiff's certificate of service regarding the Summons and Amended Complaint, attorney declaration, and Clerk's Certificate of Default. (Dkt. Nos. 47, 51, 52) The Clerk's Certificate of Default indicates that Defendant was served on July 18, 2022. (Dkt. No. 52) Defendant has not responded to the Complaint in any fashion. Accordingly, Plaintiff will file a proposed order to show cause for default judgment and proposed default judgment, and move for default judgment against Defendant in accordance with this Court's Individual Rules of Practice for Civil Cases, no later than **December 9, 2022**. If Plaintiff does not make the necessary submission by that time, this case will be dismissed for failure to prosecute under Federal Rule of Civil Procedure 41(b).

Dated:  New York, New York
          November 29, 2022

                                  SO ORDERED.

                                  _____
                                  Paul G. Gardephe
                                  United States District Judge