UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE,<br><br>　　　　　　　　　Plaintiff,<br><br>　　-against-<br><br>MUTAZ HYASSAT,<br><br>　　　　　　　　　Defendant. | **ORDER**<br><br>18 Civ. 6110 (PGG) (OTW) |

PAUL G. GARDEPHE, U.S.D.J.:

　　　　WHEREAS the Complaint was filed on July 5, 2018 (Dkt. No. 1) and the Amended Complaint on September 18, 2018 (Dkt. No. 7);

　　　　WHEREAS Plaintiff served Defendant Hyassat on July 18, 2022 (Dkt. No. 47);

　　　　WHEREAS Defendant Hyassat has not filed an answer, responded to the Amended Complaint, or appeared in this action;

　　　　WHEREAS Plaintiff, on December 5, 2022, moved by order to show cause for a default judgment (Dkt. No. 54);

　　　　WHEREAS this Court – in a December 7, 2022 order – directed Defendant to show cause why a default judgment should not be entered against him (Dkt. No. 60);

　　　　WHEREAS Plaintiff served the Order to Show Cause on Defendant Hyassat on December 8, 2022 (Dkt. No. 62);

　　　　WHEREAS this Court subsequently ordered Plaintiff to submit supplemental briefing addressing whether Defendant Hyassat was entitled to diplomatic immunity, and adjourned the Order to Show Cause hearing <u>sine die</u> (Dkt. No. 63);

　　　　WHEREAS Plaintiff filed such supplemental briefing on January 13, 2023 (Dkt. No. 64);

WHEREAS on January 23, 2023, this Court ordered Defendant to show cause on February 1, 2023, why a default judgment should not be entered against him (Dkt. No. 67);

WHEREAS Plaintiff served the Order to Show Cause on Defendant on January 23, 2023 (Dkt. No. 68);

WHEREAS Defendant Hyassat filed no opposition to Plaintiff's motion for a default judgment and did not appear at the February 1, 2023 hearing;

IT IS HEREBY ORDERED that an order of default be entered against Defendant Hyassat.

IT IS FURTHER ORDERED that this matter is referred to Magistrate Judge Wang for a report and recommendation regarding the relief Plaintiff seeks.

The Clerk of Court is directed not to close this case.

Dated: New York, New York
February 1, 2023

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge