**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X
JANE DOE,

                        Plaintiff,

     -against-                                        18 CIVIL 6110 (PGG)(OTW)

                                                                     **JUDGMENT**

MUTAZ HYASSAT,

                        Defendant.
-----------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated May 03, 2024, Judge Wang's Report and Recommendation (Dkt. No. 82) is adopted in its entirety. Plaintiff is awarded $1.25 million in compensatory damages and $1.25 million in punitive damages. Post-judgment interest on the entire amount will accrue from the date that judgment is entered, at the rate provided in 28 U.S.C. § 1961(a). Judgment is entered against Defendant and the case is closed.

**Dated:** New York, New York

      May 03, 2024

                                                            **RUBY J. KRAJICK**
                                                                 Clerk of Court

                           **BY:**
                                                               **Deputy Clerk**